IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| OSCAR O. RIVERA-ALFONSO,<br><br>        Plaintiff<br><br>              v.<br><br>WAL-MART PUERTO RICO, INC.,<br><br>        Defendant | CIVIL NO. 08-2170 (JP)<br><br>**UNDER SEAL**[1] |

**FINAL JUDGMENT**

The parties hereto have informed the Court that they have settled this case.  Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR THE PLAINTIFF TO HAVE AND RECOVER THE AMOUNT OF NINE THOUSAND DOLLARS ($9,000.00)**.  This Judgment is a release from all damages and causes of action exercised in the complaint and all damages and causes of action, past, present or future, that could follow or emanate from the facts stated therein.  This Judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of March, 2009.

                                          s/Jaime Pieras, Jr.
                                         JAIME PIERAS, JR.
                                    U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| s/Guillermo J. Ramos-Luiña | s/Ada Nurie Pagán-Isona |
| GUILLERMO J. RAMOS-LUIÑA, ESQ. | ADA NURIE PAGÁN-ISONA, ESQ. |

---

1.   The agreement as to under seal is not applicable to the Court, the judges, including this one, and the administrative personnel of this United States District Court for the District of Puerto Rico.